The People,
vs.
Ann Lolly.

The People vs. Ann Lolly.—*Receiving stolen goods, know-
in they were stolen.*

The statute ANN LOLLY, a colored woman, was put to the bar for
under which trial, charged with receiving, knowing they were stolen,
examinattons
of prisoners a number of silver spoons, sugar tongs, and valuable arti-
are taken cles of silver ware.
does not ex-
tend to misde-  These goods were found secreted in the trunk and gar-
meanors. ret of the prisoner, by the vigilance of the police officers :
they were taken to the police-office, identified and claimed
by William B. Hyer, and the prisoner committed for trial.

*Price*, counsel for the prisoner, called witnesses to show,
that a colored man by the 'name of Davis, who it ap-
pears frequented her house, in Banker-street, had sold her
the articles : that she had asked Davis before she received
them, how he came by them, and that he had satisfied her
they were not stolen. Some of the witnesses testified that
they had been left with her in pledge, and that Davis had
never returned to redeem them. The money advanced to
Davis, however, bore no 'proportion to the value of the
articles, whether considered as a pledge or sale.

*Maxwell, District Attorney,* offered to read the exami-
nation of the prisoner, taken before the committing magis-
trate.

*Price* objected, and contended that the statute under
which examinations of persons charged with crimes were
taken, did not extend to the present case before the court.
The court decided that the examination could not be read ;
and there not being sufficient testimony without it, the
jury acquitted her.